UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 666 |
| v. | 18 U.S.C. § 981(a)(1)(C) |
| | 28 U.S.C. § 2461(c) |
| MARCIE MARIE THUMANN, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(Theft from Program Receiving Federal Funds)

Beginning on or about January 2010, and continuing through at least July 18, 2018, in the State and District of Minnesota, the defendant,

**MARCIE MARIE THUMANN**,

being an agent of the Albert Lea Housing & Redevelopment Authority, an organization that annually receives more than $10,000 from the United States Department of Housing and Urban Development, knowingly embezzled and stole $213,217 for her own use—an amount exceeding $5,000—and said property was rightfully owned and under the custody and control of the Albert Lea Housing & Redevelopment Authority.

All in violation of Title 18, United States Code, Section 666.

### FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated for the purpose of alleging forfeitures. Upon conviction of Count 1, the defendant, **MARCIE MARIE THUMANN,** shall forfeit to the United States any property, real or personal, which constitutes or is derived from

United States v. Marcie Marie Thumann

proceeds traceable to the violations of Title 18, United States Code, Section 666, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: August 16, 2022              ANDREW M. LUGER
                                    United States Attorney

                                    */s/ Jordan L. Sing*

                                    BY: JORDAN L. SING (393084)
                                    Assistant United States Attorney